IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LYNDSAY WALLACE,** *individually and on behalf of all other similarly situated current citizens of Illinois and the United States,* | ) ) ) ) |
| **Plaintiff,** | ) Case No. 24-cv-02361-SMY ) |
| vs. | ) ) |
| **SAM'S EAST, Inc. and SAM'S WEST, Inc.,** | ) ) |
| **Defendants.** | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated January 22, 2025 (Doc. 13), all claims asserted by Plaintiff in the above-captioned action against Defendants Sam's East, Inc. and Sam's West, Inc. are **DISMISSED with prejudice**.

**DATED: January 22, 2025**

MONICA STUMP, Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:

**STACI M. YANDLE**
**United States District Judge**